PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MAURICE PHARON HACKETT,<br><br>                              Defendant. | CASE NO.  1:17-CR-00212-DAD-BAM<br><br>STIPULATION VACATING PRELIMINARY EXAMINATION AND SETTING A STATUS CONFERENCE, ORDER<br><br>DATE: March 22, 2022<br>TIME: 2 p.m.<br>COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for preliminary hearing on March 22, 2022.

2.      By this stipulation, defendant now moves to vacate the preliminary examination and set for matter for status conference on June 8, 2022, at 2 p.m.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

        b)      The government and Probation do not object to the matter being set for a status conference as requested and vacating the preliminary examination.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

1    must commence.

2           IT IS SO STIPULATED.

3    Dated:  March 21, 2022                          PHILLIP A. TALBERT
                                                     United States Attorney
4

5                                                    /s/ LAUREL J. MONTOYA
                                                     LAUREL J. MONTOYA
6                                                    Assistant United States Attorney

7

8    Dated:  March 21, 2022                          /s/ CHRISTINA CORCORAN
                                                     CHRISTINA CORCORAN
9                                                    Counsel for Defendant
                                                     MAURICE PHARON
10                                                   HACKETT

11

12

13   IT IS SO ORDERED.

14   Dated:   **March 21, 2022**

15                                                   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28