PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE PHARON HACKETT,<br><br>Defendants. | CASE NO. 1:17-CR-00212-DAD-BAM<br><br>MOTION TO DISMISS SUPERVISED RELEASE VIOLATION PETITION AND VACATE STATUS HEARING; ORDER<br><br>DATE: June 8, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

Plaintiff United States of America, by and through Phillip A. Talbert, United States Attorney, and Laurel J. Montoya, Assistant U. S. Attorney, submits its Motion to Dismiss Supervised Release Violation Petition and Vacate Status Conference, and Order.

U.S. Probation Officer John Green reports that since the last hearing on this matter, defendant Hackett has participated in drug testing as ordered and all of his tests have been negative. Additionally, defendant Hackett has maintained employment and he has paid his special assessment. USPO Green has no objection to and consents to the dismissal of the violation petition at this time.

The government moves that the violation petition filed on March 1, 2022 (Doc. 25) be dismissed and that the supervision conditions remain active and intact until the term of supervised release expires.

///

///

///

The government further moves that the hearing set for June 8, 2022 at 2 p.m. before the Honorable Erica P. Grosjean be vacated.

Dated: June 7, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

## ORDER

Based on the foregoing, the supervised release petition dated March 1, 2022 (Doc. 25) is hereby dismissed and the hearing set for June 8, 2022 at 2 p.m. is vacated. The supervision terms previously imposed shall remain active and intact until the term of supervised release previously ordered expires.

IT IS SO ORDERED.

Dated: **June 8, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS; ORDER   2